# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK T. STINSON SR.,**

      **Plaintiff,**

v.                                             Case No: 1:24-cv-24451-PGB

**KEVIN G. RITZ, et al.,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Magistrate Judge Leslie Hoffman Price's Report and Recommendation (Doc. 40 (the "**Report**")), filed May 14, 2025. No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 40), filed May 14, 2025, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court certifies Plaintiff's Notice of Appeal (Doc. 30) as not taken in good faith.

3. Plaintiff's First Motion for Leave to Proceed on Appeal as a Veteran (Doc. 31) is **DENIED AS MOOT**.

4. Plaintiff's Second Motion for Leave to Proceed on Appeals as a Veteran (Doc. 32) is **DENIED**.

5. Plaintiff's Motion for Out of Time Notice of Appeal to the District Judge, Order the Appointment of the US Marshals Service, Order the Veteran's Affairs Administration to Refund, and Review of the Social Security Disability Claim (Doc. 38) is **GRANTED IN PART**. The Court will treat the aforementioned filing as a timely appeal of Magistrate Judge Hoffman Price's March 25, 2025 Order (Doc. 29) pursuant to Federal Rule of Civil Procedure 72(a), and consider the appeal, along with the other arguments and requests for relief embedded therein to the extent the Court deems appropriate, once the case is remanded from the Eleventh Circuit.

**DONE AND ORDERED** in Orlando, Florida on June 2, 2025.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties